# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00690-CV

**In re James Earl Johnson**

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### O R D E R

**PER CURIAM**

Relator James Earl Johnson has filed a petition for writ of mandamus and a motion for stay pending mandamus. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion in part and temporarily stay, pending further order of this Court, the trial court's October 11, 2018 order that (1) Johnson produce unredacted bank records by noon on October 25, 2018; (2) real party in interest Sofia Pargo does not need to produce her bank records or financial information; and (3) Johnson shall pay attorney's fees in the amount of $400, plus interest. *See id.* R. 52.10(b). We do not stay any other trial-court deadlines or proceedings. The Court orders the real party in interest Pargo to file a response to the petition for writ of mandamus on or before November 5, 2018.

It is ordered on October 25, 2018.

Before Chief Justice Rose, Justices Field and Toth